UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Stanley V Vandenberg  
    Mary E Vandenberg  
        Debtor(s)

Case No. 14-11816

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2014.

2) The plan was confirmed on 07/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/06/2016, 02/27/2017, 02/27/2017.

5) The case was dismissed on 04/07/2017.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,188.33.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $28,721.13 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $28,721.13

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,371.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,202.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,573.73

Attorney fees paid and disclosed by debtor:     $629.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BECKET & LEE LLP | Unsecured | 805.27 | 769.27 | 769.27 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 5,544.43 | 5,696.60 | 5,696.60 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 1,806.22 | 2,004.18 | 2,004.18 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,942.00 | 2,195.13 | 2,195.13 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | NA | 573.65 | 573.65 | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 1,897.88 | 1,897.88 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 651.79 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 29,749.75 | 29,749.75 | 29,749.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,371.08 | 6,371.08 | 6,371.08 | 1,900.65 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 483.89 | 483.89 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 442.79 | 442.79 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 917.39 | 917.39 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 15,670.00 | 15,670.00 | 15,670.00 | 10,682.06 | 991.97 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 440.79 | 502.14 | 502.14 | 0.00 | 0.00 |
| NEBRASKA DEPT OF REVENUE | Priority | 1,151.56 | 925.77 | 925.77 | 276.18 | 0.00 |
| NEBRASKA DEPT OF REVENUE | Unsecured | NA | 221.75 | 221.75 | 0.00 | 0.00 |
| NORTH PLATTE UNION PACIFIC EMP | Unsecured | NA | 120.68 | 120.68 | 0.00 | 0.00 |
| NORTH PLATTE UNION PACIFIC EMP | Secured | 16,139.41 | 16,139.41 | 16,139.41 | 9,237.86 | 1,058.68 |
| NORTH PLATTE UNION PACIFIC EMP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 299.49 | 539.09 | 539.09 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 716.98 | 775.29 | 775.29 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 775.29 | 774.61 | 774.61 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 221.04 | 231.23 | 231.23 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 844.91 | 844.91 | 844.91 | 0.00 | 0.00 |
| REGIONAL WEST MEDICAL CENTER | Unsecured | 1,128.28 | 1,116.20 | 1,116.20 | 0.00 | 0.00 |
| RELIANT ENERGY | Unsecured | 849.93 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RESERVE AT RIVER PARK WEST | Unsecured | 23,933.45 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE NORTHING INSURANC | Unsecured | 317.95 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY WEST | Unsecured | 176.45 | NA | NA | 0.00 | 0.00 |
| CLUB OF THE BRAZOS | Unsecured | 6,310.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA OF NAPERVILLE | Unsecured | 98.27 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 176.50 | NA | NA | 0.00 | 0.00 |
| WOW NAPERVILLE | Unsecured | 229.14 | NA | NA | 0.00 | 0.00 |
| WYOMING NEUROMONITORING | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| WYOMING SPINE & NEUROSURGERY | Unsecured | 41.20 | NA | NA | 0.00 | 0.00 |
| KAZ M ZYMANTAS | Unsecured | 1,735.46 | NA | NA | 0.00 | 0.00 |
| SCHOOL DIST 301 | Unsecured | 271.50 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 278.58 | NA | NA | 0.00 | 0.00 |
| FROM PAIN TO WELLNESS | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| DALE LIPE DDS | Unsecured | 1,081.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| TOWER LENDING/ALLIED FIDELITY | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| UTILITIES INC | Unsecured | 184.67 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL SERVICES | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| HIGH PLAINS SIDNEY MEDICAL ASSC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| NORTH PLATTE UNION PACIFIC EMP | Unsecured | 24,871.00 | NA | NA | 0.00 | 0.00 |
| OAKBEND MEDICAL CENTER | Unsecured | 4,283.14 | NA | NA | 0.00 | 0.00 |
| BELLEVUE UNIVERSITY | Unsecured | 2,839.80 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 885.81 | NA | NA | 0.00 | 0.00 |
| RMA CREDIT ASSOC | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| RWPC MULTISPECIALTY | Unsecured | 333.55 | NA | NA | 0.00 | 0.00 |
| CRESCENT PRIMARY CARE | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| SIDNEY MEDICAL ASSOC | Unsecured | 313.03 | NA | NA | 0.00 | 0.00 |
| SIDNEY REGIONAL MEDICAL CENTE | Unsecured | 1,951.82 | NA | NA | 0.00 | 0.00 |
| SIDNEY RMC PHYSICIANS CLINIC | Unsecured | 142.25 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED COLLECTION SERVICE | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 831.45 | NA | NA | 0.00 | 0.00 |
| ACCELERATED RECEIVABLES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| AFLAC | Unsecured | 1,146.04 | NA | NA | 0.00 | 0.00 |
| AMEGY BANK OF TEXAS | Unsecured | 646.69 | NA | NA | 0.00 | 0.00 |
| AMLI NAPERVILLE | Unsecured | 373.85 | NA | NA | 0.00 | 0.00 |
| ATI PHYSICAL THERAPY | Unsecured | 1,908.91 | NA | NA | 0.00 | 0.00 |
| BANNER HEALTH | Unsecured | 148.42 | NA | NA | 0.00 | 0.00 |
| CENTURYLINK | Unsecured | 270.63 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 447.69 | NA | NA | 0.00 | 0.00 |
| CHEYENNE REGIONAL PHYSICIANS | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| CHEYENNE SURGICAL CENTER | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SIDNEY | Unsecured | 398.36 | NA | NA | 0.00 | 0.00 |
| CLUB OF THE BRAZOS | Unsecured | 6,310.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 425.23 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SI | Unsecured | 503.67 | NA | NA | 0.00 | 0.00 |
| LA FITNESS | Unsecured | 103.97 | NA | NA | 0.00 | 0.00 |
| LINCARE | Unsecured | 189.66 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 587.58 | NA | NA | 0.00 | 0.00 |
| LUMC PATIENT PAYMENTS | Unsecured | 667.98 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HERMANN HOSPITAL SY | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,288.18 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| METLIFE DISABILITY OFFSET | Unsecured | 1,318.88 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE FAMILY PRACTICE | Unsecured | 222.20 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 202.20 | NA | NA | 0.00 | 0.00 |
| NATIONAL GEOGRAPHIC SOCIETY | Unsecured | 121.85 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 225.80 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 2,059.40 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 3,452.00 | NA | NA | 0.00 | 0.00 |
| EMBARQ | Unsecured | 265.48 | NA | NA | 0.00 | 0.00 |
| EMERGIGROUP PHYSICIAN ASSOC | Unsecured | 662.47 | NA | NA | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Unsecured | 121.76 | NA | NA | 0.00 | 0.00 |
| FEDCHEX RECOVERY | Unsecured | 148.90 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE POWER | Unsecured | 293.09 | NA | NA | 0.00 | 0.00 |
| FORT BEND CO EMS | Unsecured | 337.50 | NA | NA | 0.00 | 0.00 |
| FORT BEND MUD | Unsecured | 366.76 | NA | NA | 0.00 | 0.00 |
| GAME STOP | Unsecured | 65.09 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,553.53 | NA | NA | 0.00 | 0.00 |
| STERLING REGIONAL MEDICAL CEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 303.89 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,010.37 | 1,435.35 | 1,435.35 | 0.00 | 0.00 |
| TEXAS DOW EMPLOYEES CREDIT UI | Unsecured | 14,264.00 | 5,263.87 | 5,263.87 | 0.00 | 0.00 |
| TEXAS DOW EMPLOYEES CREDIT UI | Unsecured | 0.00 | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
| TEXAS DOW EMPLOYEES CREDIT UI | Unsecured | NA | 2,981.50 | 2,981.50 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 24,669.51 | 25,307.98 | 25,307.98 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 18,454.83 | 18,822.01 | 18,822.01 | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 47.80 | 47.80 | 47.80 | 0.00 | 0.00 |
| VERIZON | Unsecured | 260.85 | 255.87 | 255.87 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 745.88 | 745.88 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,809.41 | $19,919.92 | $2,050.65 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,809.41** | **$19,919.92** | **$2,050.65** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,296.85 | $2,176.83 | $0.00 |
| **TOTAL PRIORITY:** | **$7,296.85** | **$2,176.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$113,716.69** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,573.73 |
| Disbursements to Creditors | $24,147.40 |
| **TOTAL DISBURSEMENTS :** | **$28,721.13** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/15/2017            By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**